UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IDRIS TURNER ALI-EL,

              Plaintiff,

    v.

CT CORPORATION SYSTEM, et al.,

              Defendant.

Case No. C23-1902-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

In an application to proceed *in forma pauperis* (IFP), Dkt. 1, Plaintiff indicates that in the past twelve months, Plaintiff has received $4,000 in income from business or other professional sources, but is unemployed and has no cash or savings, no checking account balance, and no monthly expenses.  The Court is unable to consider the IFP request without complete and detailed information as to Plaintiff's financial status.  If Plaintiff has no means of support, Plaintiff must explain how Plaintiff is able to meet basic monthly expenses, including food and shelter.  Plaintiff must submit a revised IFP application within **twenty (20) days** of this Order.

    / / /

MINUTE ORDER - 1

1      Failure to comply may result in denial of the IFP application and/or dismissal of this

2  matter.

3

4      Dated this 13th day of December, 2023.

5                                          Ravi Subramanian
                                           Clerk of Court
6
                                           By: s/ Stefanie Prather
7                                          Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2